DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

OVERTON v. HENDERSON

No. 131 PC.

Case below: 28 N.C. App. 699.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976. Appeal dismissed ex mero motu for lack of substantial constitutional question.

OWENS v. OWENS

No. 128 PC.

Case below: 28 N.C. App. 713.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976.

STATE v. BAUGUESS

No. 147 PC.

Case below: 29 N.C. App. 185.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976.

STATE v. HENSLEY

No. 125 PC.

Case below: 29 N.C. App. 8.

Petition for discretionary review under G.S. 7A-31 denied 1 June 1976.

STATE v. McCASKILL

No. 17.

Case below: 28 N.C. App. 730.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 June 1976.